United States Bankruptcy Court
Middle District of Florida

In re:                                                                      Case No. 19-04495-CCJ
Osvaldo J. Henao                                                            Chapter 7
Norha E. Ramos
        Debtors

## CERTIFICATE OF NOTICE

District/off: 113A-6          User: jmontero          Page 1 of 2          Date Rcvd: Jul 11, 2019
                             Form ID: 309A            Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 13, 2019.
db/jdb          Osvaldo J. Henao,    Norha E. Ramos,    16752 Cedar Run Dr,    Orlando, FL  32828-6976
28364181        Bank of America,    4909 Savarese Cir,    Tampa, FL  33634-2413
28364186        Best Buy/Cbna,    PO Box 6497,    Sioux Falls, SD  57117-6497
28364185        Best Buy/Cbna,    Citibank Corp/Centralized Bankruptcy,    PO Box 790034,
                Saint Louis, MO  63179-0034
28364191        Deptartment Store National Bank/Macy's,    Attn: Bankruptcy,    9111 Duke Blvd,
                Mason, OH  45040-8999
28364193       +Midland Funding,    320 E Big Beaver Rd,    Troy, MI  48083-1271
28364194        Paramount Recovery Sys,    PO Box 23369,    Waco, TX  76702-3369
28364195        Suntrust Bank/Greensky,    Attn: Bankruptcy,    PO Box 29429,    Atlanta, GA  30359-0429
28364196        Suntrustbank/Gs Loan S,    1797 Northeast Expy NE,    Atlanta, GA  30329-7803
28364199       +Synchrony Bank/Midland Funding, LLC.,    c/o Colleen E. Lehmann,    PO Box 290335,
                Tampa, FL  33687-0335
28364200        The Bank of New York Mellon,    c/o Van Ness Law Firm, PLC.,    1239 E Newport Center Dr Ste 110,
                Deerfield Beach, FL  33442-7711

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: alvarezlaw8@gmail.com Jul 11 2019 23:05:37      Flavio E Alvarez,
                911 North Main Street,    Suite 8,   Kissimmee, FL  34744
tr              +EDI: BRBWEBBER Jul 12 2019 02:48:00      Richard B Webber,    Post Office Box 3000,
                Orlando, FL 32802-3000
ust             +E-mail/Text: ustp.region21.or.ecf@usdoj.gov Jul 11 2019 23:06:25
                United States Trustee - ORL7/13,    Office of the United States Trustee,
                George C Young Federal Building,    400 West Washington Street, Suite 1100,
                Orlando, FL 32801-2210
28364176        EDI: HNDA.COM Jul 12 2019 02:48:00      American Honda Finance,    Attn: Bankruptcy,
                PO Box 168088,    Irving, TX  75016-8088
28364177        EDI: HNDA.COM Jul 12 2019 02:48:00      American Honda Finance,    PO Box 1027,
                Alpharetta, GA  30009-1027
28364174        EDI: GMACFS.COM Jul 12 2019 02:48:00      Ally Financial,    Attn: Bankruptcy Dept,
                PO Box 380901,    Bloomington, MN  55438-0901
28364175        EDI: GMACFS.COM Jul 12 2019 02:48:00      Ally Financial,    PO Box 380901,
                Bloomington, MN  55438-0901
28364178        EDI: AMEREXPR.COM Jul 12 2019 02:48:00      Amex,    Correspondence/Bankruptcy,    PO Box 981540,
                El Paso, TX  79998-1540
28364179        EDI: AMEREXPR.COM Jul 12 2019 02:48:00      Amex,    PO Box 297871,
                Fort Lauderdale, FL  33329-7871
28364180        EDI: BANKAMER.COM Jul 12 2019 02:48:00      Bank of America,    PO Box 982238,
                El Paso, TX  79998-2238
28364184        E-mail/Text: defaultspecialty.us@bbva.com Jul 11 2019 23:06:41      BBVA Compass,
                Attn: Bankruptcy,    PO Box 10184,   Birmingham, AL  35202-0184
28364182        EDI: TSYS2.COM Jul 12 2019 02:48:00      Barclays Bank Delaware,    Attn: Correspondence,
                PO Box 8801,    Wilmington, DE  19899-8801
28364183        EDI: TSYS2.COM Jul 12 2019 02:48:00      Barclays Bank Delaware,    PO Box 8803,
                Wilmington, DE  19899-8803
28364187        EDI: CAPIO.COM Jul 12 2019 02:53:00      Capio Partners LLC,    2222 Texoma Pkwy Ste 150,
                Sherman, TX  75090-2481
28364188        EDI: CAPITALONE.COM Jul 12 2019 02:48:00      Capital One,    Attn: Bankruptcy,    PO Box 30285,
                Salt Lake City, UT  84130-0285
28364189        EDI: CAPITALONE.COM Jul 12 2019 02:48:00      Capital One Bank USA N,    PO Box 30281,
                Salt Lake City, UT  84130-0281
28364190       +E-mail/Text: defaultspecialty.us@bbva.com Jul 11 2019 23:06:41      Compass Bk,
                15 20th St S Fl 9,    Birmingham, AL 35233-2011
28364218        EDI: FLDEPREV.COM Jul 12 2019 02:48:00      Florida Department of Revenue,    Bankruptcy Unit,
                Post Office Box 6668,    Tallahassee FL 32314-6668
28364219        EDI: IRS.COM Jul 12 2019 02:48:00      Internal Revenue Service,    Post Office Box 7346,
                Philadelphia PA 19101-7346
28364192        EDI: TSYS2.COM Jul 12 2019 02:48:00      Macys/dsnb,    PO Box 8218,    Mason, OH  45040-8218
28364217       +E-mail/Text: Bankruptcy@octaxcol.com Jul 11 2019 23:06:10      Orange County Tax Collector,
                PO Box 545100,    Orlando FL 32854-5100
28364198        EDI: RMSC.COM Jul 12 2019 02:48:00      Syncb/Rooms to Go,    Attn: Bankruptcy,    PO Box 965060,
                Orlando, FL  32896-5060
28364197        EDI: RMSC.COM Jul 12 2019 02:48:00      Syncb/Rooms to Go,    C/o,    PO Box 965036,
                Orlando, FL  32896-5036
28364202        EDI: WFFC.COM Jul 12 2019 02:48:00      Wells Fargo Bank,    PO Box 14517,
                Des Moines, IA  50306-3517
28364201        EDI: WFFC.COM Jul 12 2019 02:48:00      Wells Fargo Bank,    MAC F823F-02F,    PO Box 10438,
                Des Moines, IA  50306-0438
                                                                                       TOTAL: 25

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

```
District/off: 113A-6          User: jmontero          Page 2 of 2          Date Rcvd: Jul 11, 2019
                             Form ID: 309A            Total Noticed: 36
```

```
                ***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 11, 2019 at the address(es) listed below:
          Flavio E Alvarez    on behalf of Debtor Osvaldo J. Henao alvarezlaw8@gmail.com,
            g16170@notify.cincompass.com
          Flavio E Alvarez    on behalf of Joint Debtor Norha E. Ramos alvarezlaw8@gmail.com,
            g16170@notify.cincompass.com
          Richard B Webber    F001@ecfcbis.com,  rschohl@zkslawfirm.com;rwebber@zkslawfirm.com
          United States Trustee - ORL7/13    USTP.Region21.OR.ECF@usdoj.gov
                                                                          TOTAL: 4
```

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Osvaldo J. Henao** | Social Security number or ITIN **xxx–xx–2511** |
| | First Name    Middle Name    Last Name | EIN __ __–__ __ __ __ __ __ __ |
| Debtor 2 | **Norha E. Ramos** | Social Security number or ITIN **xxx–xx–2177** |
| (Spouse, if filing) | First Name    Middle Name    Last Name | EIN __ __–__ __ __ __ __ __ __ |
| United States Bankruptcy Court    **Middle District of Florida** | | Date case filed for chapter **7**  **7/10/19** |
| Case number:  **6:19–bk–04495–CCJ** | | |

### Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline      12/15

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Osvaldo J. Henao | | Norha E. Ramos |
| 2. | **All other names used in the last 8 years** | | | |
| 3. | **Address** | 16752 Cedar Run Dr<br>Orlando, FL 32828–6976 | | 16752 Cedar Run Dr<br>Orlando, FL 32828–6976 |
| 4. | **Debtor's attorney**<br>Name and address | Flavio E Alvarez<br>911 North Main Street<br>Suite 8<br>Kissimmee, FL 34744 | | Contact phone (407) 870–0015<br><br>Email:  alvarezlaw8@gmail.com |
| 5. | **Bankruptcy Trustee**<br>Name and address | Richard B Webber<br>Post Office Box 3000<br>Orlando, FL 32802 | | Contact phone (407) 425–7010 |

Notice is further given that effective on the date of the Petition, the United States Trustee appointed the above named individual as interim trustee pursuant to 11 USC § 701.

**For more information, see page 2 >**

Debtor **Osvaldo J. Henao** and **Norha E. Ramos**                                          Case number **6:19–bk–04495–CCJ**

| 6. | **Bankruptcy Clerk's Office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | George C. Young Federal Courthouse<br>400 West Washington Street<br>Suite 5100<br>Orlando, FL 32801 | Hours open:<br>Monday – Friday 8:30 AM – 4:00PM<br><br>Contact phone 407–237–8000<br><br>Date: July 11, 2019 |
|---|---|---|---|
| 7. | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. You are reminded that Local Rule 5073–1 restricts the entry of personal electronic devices into the Courthouse. | **August 8, 2019 at 10:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**\*\*\* Debtor(s) must present Photo ID and acceptable proof of Social Security Number at § 341 meeting. \*\*\*** | Location:<br><br>**George C. Young Courthouse, Suite 1203–B, 400 West Washington Street, Orlando, FL 32801** |
| 8. | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9).<br><br>**Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** October 7, 2019<br><br><br><br><br><br><br><br>**Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |
| 13. | **Voice Case Info. System (McVCIS)** | McVCIS provides basic case information concerning deadlines such as case opening, discharge, and closing dates, and whether a case has assets or not. McVCIS is accessible 24 hours a day except during routine maintenance. To access McVCIS toll free call 1–866–222–8029. | |